CENTER FOR DISABILITY ACCESS
Phyl Grace SBN 171771
Mail: PO Box 262490, San Diego, CA 92196
Deliveries: 9845 Erma Road, Suite 300, San Diego, CA 92131
Phone: (858) 375-7385, Fax: (888) 422-5191

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer <br><br> Plaintiff(s) <br><br> v. <br><br> Florence Enterprises, LLC, et. al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:18-CV-04980-FMO-JEM <br><br><br> **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Paul Carter_____ may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: 12/2/2018                         /s/ Phyl Grace
                                         Attorney For Plaintiff   Chris Langer

Dated: _____                            _____
                                         Attorney For Plaintiff

Dated: 12/2/2018                         /s/   Stephen E. Abraham
                                         Attorney For Defendant   Florence Enterprises, LLC,

Dated: _____                            /s/
                                         Attorney For Defendant   _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (01/12)        STIPULATION REGARDING SELECTION OF PANEL MEDIATOR        Page 1 of 1